UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

 ----------------------------------------------------------------x

UNITED STATES OF AMERICA,

 - against –                                    ORDER  18 Cr. 404 (PAC)

CESAR CASTILLO, Defendant
A federal inmate at MDC Brooklyn No. 91218-054,

----------------------------------------------------------------x

HON PAUL A. CROTTY,  U.S.D.J.

    WHEREAS the defendant, CESAR CASTILLO, is a federal inmate at the

MDC Brooklyn) No..91218-054, and is about to be sentenced by this Court, and

    IT FURTHERAPPEARING THAT said defendant Castillo has been treated

by the medical unit at the MDC and the records of such treatment may be relevant to the Court in

imposing sentence, but due to the emergency conditions at MDC the defendant is unable to

transmit a release form through counsel and time is of the essence, NOW, upon the application of

BENNETT M. EPSTEIN, attorney for the defendant, it is hereby ORDERED, that

notwithstanding any provision of the Health Insurance Accountability and Portability Act of

1996, any medical provider to the defendant CESAR CASTILLO shall immediately disclose to

his attorney Mr. Epstein any and all medical records in its possession relating to Mr. Castillo.

SO ORDERED.

                                    Dated: New York, New York
                                    April  13 , 2020
_____
THE HONORABLE PAUL A. CROTTY, USDJ