UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America,                          :
                                                   :   18 Cr. 404 (PAC)
- against -                                        :
                                                   :   **ORDER**
Cesar Castillo,                                    :
        Defendant.                                 :
------------------------------------------------------------------X

Pending before the Court is Cesar Castillo's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(2). When Castillo filed this motion on June 30, 2020, he was incarcerated at the MDC Brooklyn. He has since been released. Because the Court cannot reduce a sentence that Castillo has already served, Castillo's motion is **DISMISSED** as moot.

The Clerk of Court is respectfully directed to close the docket at ECF 94.

Dated: New York, New York       SO ORDERED

April 15, 2021

_____

PAUL A. CROTTY

United States District Judge